UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE OPERATING ENGINEERS
LOCAL 324 PENSION FUND,

        Plaintiffs,

                              Case No.: 16-10248
                              Hon. Terrence G. Berg

v.

MICHIGAN GYPSUM CO.

        Defendant.
_____/

**DAVID J. SELWOCKI P51375**
**MATTHEW I. HENZI P57334**
**BLAINE A. VELDHUIS P78840**
Sullivan, Ward, Asher & Patton, P.C.
Attorneys for Plaintiffs
25800 Northwestern Hwy., Suite 1000
Southfield, MI 48075
248.746.0700
bveldhuis@swappc.com
_____/

**EX PARTE ORDER RESTRAINING THE TRANSFER,
SELLING OR DISPOSING OF DEFENDANT'S PROPERTY**

This matter having come before the Court upon Plaintiffs having filed an Ex Parte Motion requesting entry of an Order Restraining the Transfer, Selling or Disposing of Defendant's Property, no notice being necessary for the entry of this Order and the Court being fully advised in the premises;

1

**IT IS ORDERED** that Defendant, and any third party who is served with a copy of this Order, in accordance with the provisions of 69(A) of the Fed.R.Civ.P., MCLA 600.6104(2) and (5), and MCLA 600.6116, be and are hereby enjoined from transferring, selling, encumbering, assigning or in any other way disposing of Defendant's non-exempt property, real or personal, until such time as Plaintiffs' Judgment is satisfied.

/s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated:   February 13, 2017
         Flint, Michigan

Dated:


This Order prepared by:

Blaine A. Veldhuis  P78840
Sullivan, Ward, Asher & Patton, P.C.
25800 Northwestern Hwy., Suite 1000
Southfield, MI  48075
248-746-0700

W1943374.DOC